### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| JAMAINE WILLIAMS, #R-19682 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 15-523-SMY-MAB |
| ) | |
| ALEX MULL, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO SUBSTITUTE COUNSEL

NOW COME the Defendants, DONALD GAETZ, K. HUNTER, S.A. GODINEZ, ALEX MOLL, TREVOR ROWLAND, and ERIC WANGLER, by and through their attorney KWAME RAOUL, Attorney General of the State of Illinois and for their Motion to Substitute Counsel, states as follows:

1. Assistant Attorney General Lisa Cook is no longer assigned to this case.

3. Assistant Attorney General Megan Ditzler is now assigned to represent the above-named Defendants in this matter.

4. It is requested that Assistant Attorney General Lisa Cook be removed from the Court's service list as counsel for Defendants.

WHEREFORE, for the above and foregoing reason, Defendants respectfully request this Honorable Court to allow the substitution of Assistant Attorney General Megan Ditzler for Assistant Attorney General Lisa Cook, and that Assistant Attorney General Lisa Cook be terminated and removed from the service list as counsel for Defendants named herein.

Respectfully submitted,

DONALD GAETZ, K. HUNTER, S.A. GODINEZ, ALEX MOLL, TREVOR ROWLAND, and ERIC WANGLER,

    Defendants,

Megan Ditzler, #6318052  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois  62701  
(217) 557-0261 Phone  
(217) 524-5091 Fax  
Email: mditzler@atg.state.il.us

KWAME RAOUL, Illinois Attorney General,

    Attorney for Defendants,

By:   s/ Megan Ditzler  
     Megan Ditzler, #6318052  
     Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JAMAINE WILLIAMS, #R-19682 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  15-523-SMY-MAB |
| ) | |
| ALEX MULL, et al., ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2019, the foregoing document, Motion to Substitute Counsel, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date I caused a copy of the same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following non-registered participant:

> Jamaine Williams, #R-19682
> Hill Correctional Center
> Inmate Mail/Parcel
> 600 S. Linwood Road
> PO Box 1327
> Galesburg, IL  61401

Respectfully submitted,

  s/Megan Ditzler
Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 557-0261 Phone
(217) 524-5091 Fax
mditzler@atg.state.il.us